

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2024

No. 04-24-00409-CR

Debora **DARDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11408
Honorable Jefferson Moore, Judge Presiding

**ORDER**

In accordance with the court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 18, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2024.

_____
Luz Estrada, Chief Deputy Clerk